Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

**CASE CLOSED**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIDA GRIGORYAN, | Case No. CV 11-9776 ODW (AGRx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JPMORGAN CHASE BANK, | |
| Defendant. | |

Having reviewed and considered the pleadings and the papers filed in support of Defendant Chase Bank USA, N.A.'s ("Chase") Motion for Summary Judgment, including the statement of undisputed facts and conclusions of law and supporting evidence, and the points and authorities submitted by each party, and good cause appearing therefor,

It is hereby **ORDERED** that:

1. Chase's Motion for Summary Judgment is **GRANTED**; and

/ / /

/ / /

/ / /

/ / /

/ / /

RC1/6368391.1/CWV

JUDGMENT
CASE NO. CV 11-9776 ODW (AGRX)

1      2.     Plaintiff's complaint against Chase is hereby **DISMISSED WITH PREJUDICE**.

    IT IS SO ORDERED.

DATED: March 27, 2012

_____
THE HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE